STEPHANIE FORMAN, ESQ.; STATE BAR NO.: 195757
ANDREA BREUER, ESQ.; STATE BAR NO.: 161819

**THARPE & HOWELL, LLP**
**15250 Ventura Boulevard, Ninth Floor**
**Sherman Oaks, California 91403**
**(818) 205-9955; (818) 205-9944 fax**
E-Mail: sforman@tharpe-howell.com
E-Mail: abreuer@tharpe-howell.com

Attorneys for Defendant,
LOWE'S HOME CENTERS, LLC (DOE 1)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JAMES MCAVOY, JOANNA MCAVOY,<br><br>Plaintiffs,<br><br>v.<br><br>LOWE'S COMPANIES, INC.; and DOES 1-100, inclusive<br><br>Defendants. | Case No.:<br>[*Los Angeles County Superior Court Case No.: 22AVCV00034*]<br><br>**DEFENDANT LOWE'S HOME CENTERS, LLC'S DEMAND FOR TRIAL BY JURY**<br><br>Complaint Filed: January 19, 2022 |

Defendant LOWE'S HOME CENTERS, LLC hereby demands trial by jury in this action.

Dated: April 11, 2022                                     THARPE & HOWELL, LLP

                                                          By: _____
                                                              STEPHANIE FORMAN
                                                              ANDREA BREUER
                                                              Attorneys for Defendant,
                                                              LOWE'S HOME CENTERS, LLC
                                                              (DOE 1)

- 1 -
**DEFENDANT LOWE'S HOME CENTERS, LLC'S DEMAND FOR TRIAL BY JURY**