STEPHANIE FORMAN, ESQ.; STATE BAR NO.: 195757
ANDREA BREUER, ESQ.; STATE BAR NO.: 161819

**THARPE & HOWELL, LLP**
**15250 Ventura Boulevard, Ninth Floor**
**Sherman Oaks, California  91403**
**(818) 205-9955; (818) 205-9944 fax**
E-Mail:  sforman@tharpe-howell.com
E-Mail:  abreuer@tharpe-howell.com

Attorneys for Defendant,
LOWE'S HOME CENTERS, LLC (DOE 1)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JAMES MCAVOY, JOANNA MCAVOY,<br><br>Plaintiffs,<br><br>v.<br><br>LOWE'S COMPANIES, INC.; and DOES 1-100, inclusive<br><br>Defendants. | Case No.:<br>[*Los Angeles County Superior Court Case No.: 22AVCV00034*]<br><br>**DEFENDANT LOWE'S HOME CENTERS, LLC'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>Complaint Filed:  January 19, 2022 |

Pursuant to *Federal Rules of Civil Procedure*, Rule 7.1 and Local Rule 7.1-1, the undersigned, counsel of record for Defendant LOWE'S HOME CENTERS, LLC, certifies that the following listed parties have a direct, pecuniary interest in the outcome of the case:

1.  Defendant Lowe's Home Centers, LLC is a manager-managed limited liability company with its only member being Lowe's Companies, Inc. Lowe's Companies, Inc. is a publicly traded North Carolina corporation with its principal place of business in North Carolina.

///

///

- 1 -
**DEFENDANT LOWE'S HOME CENTERS, LLC'S
CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: April 11, 2022                                              THARPE & HOWELL, LLP

By: _____
STEPHANIE FORMAN
ANDREA BREUER
Attorneys for Defendant,
LOWE'S HOME CENTERS, LLC
(DOE 1)