1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JAMES MCAVOY, JOANNA MCAVOY<br><br>                    Plaintiffs,<br><br>v.<br><br>LOWE'S COMPANIES, INC.; and DOES 1-100, inclusive<br><br>                    Defendants. | Case No.: 2:22-cv-02417-SVW-RAO<br>[*Los Angeles County Superior Court Case No.: 22AVCV00034*]<br><br>**ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**<br><br>[Assigned to Hon. Stephen V. Wilson, District Judge; Hon. Rozella A. Oliver, Magistrate Judge]<br><br>Complaint Filed:  January 19, 2022 |

**IT IS HEREBY ORDERED** that the Complaint of Plaintiffs JAMES MCAVOY and JOANNA MCAVOY is hereby dismissed in its entirety, with prejudice.

Dated: May 23, 2023                    By: _____
                                                        U.S. DISTRICT COURT JUDGE

- 1 -
**[PROPOSED] ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**